IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41033
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONELLA MARIE CARROLL,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:96-CR-83-ALL
- - - - - - - - - -
July 16, 1998
Before SMITH, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Donella Marie Carroll appeals her conviction for possession of cocaine base with intent to distribute. Carroll argues that the district court clearly erred in determining that she voluntarily consented to the search of a bag containing drugs. Having reviewed the record and the briefs of the parties, we AFFIRM. See United States v. Boone, 67 F.3d 76, 79 (5th Cir. 1995), cert. denied, 516 U.S. 1137 (1996); United States v. Cooper, 43 F.3d 140, 146-47 (5th Cir. 1995).

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.